Messrs. Lewis and Wilcocks, *pro quer.*
Messrs. Tilghman and Rawle, *pro def.*

---

WILLIAM SHEAFF, JOHN MORRELL and JOHN EVANS, assignees of GEORGE GRAY, junior, and ROBERT GRAY, bankrupts, *against* GEORGE GRAY, senior.

Where a party delivers a paper to the jury without consent or the leave of the court, and a verdict is found for him, a new trial shall be awarded.

A VERDICT was given for the plaintiffs for 3137*l*. 8*s*. 11*d*. at the last sittings, on the 12th March instant.

On a rule to show cause why a new trial should not be granted, it appeared that a paper was delivered to the jury, containing an account of expenditures respecting a house built on the lands of defendant, said to be with the knowledge of the defendant, referring to the bankrupt's books and their several pages, without the consent of the adverse counsel. The books were not delivered to the jury, and the accountgiven to them, varied from that before furnished to the defendant.

On the part of the plaintiffs it was admitted, that a material paper delivered to the jury, which had not been read in evidence, without consent, was good ground for a new trial; but this paper was said to be a mere estimate of the costs incurred on the house, and any person may state his demand in writing and send it out with the jury, by way of calculation, without consent.

By the court. This paper cannot be called an estimate or calculation. It goes to substantiate the demand of the plaintiffs. It is a dangerous precedent, and may lead to ill consequences, though we do not suppose there was any intention here of doing wrong. All the cases agree, that a party delivering papers to the jury, without consent or the leave of the court, a new trial shall be granted. 5 Bac. 291. We know not what effect this paper may have produced in the minds of the jury; but we well know, they should not have had it delivered to them. Solely on this ground, and without expressing our sentiments as to the merits of the case, a new trial is awarded.

Messrs. Lewis, Tilghman and Porter, *pro quer.*
Messrs. Ingersoll and Rawle, *pro def.*